UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>      Plaintiff,<br><br> v.<br><br>SUZANNE MARIE PARTON, *et al.*,<br><br>      Defendants. | Case No. C19-1150-RSM-MAT<br><br>ORDER DIRECTING THAT PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL BE REMOVED FROM MOTION CALENDAR |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has submitted to this Court for consideration two motions for appointment of counsel. (Dkts. 8, 15.) A cursory review of those motions reveals that neither motion was signed by plaintiff. Rule 11(a) of the Federal Rules of Civil Procedure requires that every pleading, motion, and other paper submitted to the Court be signed by the party. Rule 11(a) further provides that any unsigned document must be stricken unless the omission of the signature is promptly corrected. Because neither of plaintiff's motions was signed, neither one is properly before the Court at this juncture.

In accordance with Rule 11, plaintiff is advised that he may resubmit a signed copy of one of his two motions for appointment of counsel not later than ***October 30, 2019***. Plaintiff is further advised that, pursuant to Local Civil Rule (LCR) 7(b), all motions must include in their caption

ORDER DIRECTING THAT PLAINTIFF'S MOTIONS
FOR APPOINTMENT OF COUNSEL BE REMOVED
FROM MOTION CALENDAR - 1

the date the motion is to be noted for consideration on the Court's motion calendar. Non-dispositive motions, such as motions for appointment of counsel, must be noted for consideration on a date no earlier than the third Friday after the motion is filed. *See* LCR 7(d)(3). Assuming plaintiff elects to resubmit a motion for appointment of counsel, he should ensure that it contains not only a signature, but also an appropriate noting date.

The Clerk is directed to remove plaintiff's two motions for appointment of counsel (Dkts. 8, 15) from the Court's motion calendar, subject to reinstatement should plaintiff submit a properly executed and noted motion by the deadline set forth above. The Clerk is further directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 9th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge