UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

       Plaintiff,

  v.

SUZANNE MARIE PARTON, *et al.*,

       Defendants.

Case No. C19-1150-RSM-MAT

ORDER STRIKING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER

    This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has submitted to this Court for consideration what appears to be a request for a temporary restraining order and a preliminary injunction. (Dkt. 24.) Plaintiff's submission is deficient because it was not submitted in the form of a proper motion, *see* Local Civil Rule (LCR) 7(b), and it was not signed by plaintiff, *see* Rule 11(a) of the Federal Rules of Civil Procedure. The submission is therefore STRICKEN from the record. If plaintiff wishes to seek relief from the Court, he must do in a manner that conforms with the local rules of this Court and with the Federal Rules of Civil Procedure.

    The Court also notes that the service materials sent to defendant Paul Scott at the address provided by plaintiff in his complaint were returned as undeliverable. (*See* Dkt. 21.) Plaintiff is

ORDER STRIKING PLAINTIFF'S REQUEST FOR
TEMPORARY RESTRAINING ORDER - 1

advised that if he wishes to proceed with this action against defendant Scott, he will have to provide the Court with an address at which defendant Scott may be served.

The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant Parton, and to the Honorable Ricardo S. Martinez.

DATED this 18th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S REQUEST FOR
TEMPORARY RESTRAINING ORDER - 2